IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                             CR. NO. 03-20368-Ml

MICHAEL JACKSON,

    Defendant.

### ORDER DISMISSING COUNT TWO OF THE INDICTMENT

Upon the motion of the United States, and for good cause shown, Count 2 of the indictment is hereby **DISMISSED**.

**SO ORDERED** this 15 day of April, 2005, at Memphis, Tennessee.

_____
Honorable Jon Phipps McCalla
United States District Judge

APPROVED:

_____
Joseph C. Murphy, Jr.
Assistant United States Attorney
Western District of Tennessee

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:03-CR-20368 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT